UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE SWAIN**

- - - - - - - - - - - - - - - x
                        :

UNITED STATES OF AMERICA     :
                        :

        - v -           :       NOTICE OF INTENT TO
                        :       FILE AN INFORMATION
AIMEE HARRIS and          :
ROBERT KURLANDER,         :

           Defendants.    :       **22 CRIM 457**
                        :
- - - - - - - - - - - - - - - x

Please take notice that the United States Attorney's Office will file an information upon the defendants' waivers of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     New York, New York
          August 16 , 2022

                           DAMIAN WILLIAMS
                           United States Attorney

        By:     *Robert B. Sobelman*
                           Jacqueline Kelly
                           Robert B. Sobelman
                           Mitzi Steiner
                           Assistant United States Attorneys

                           AGREED AND CONSENTED TO:

        By:    
                           Sanford Talkin, Esq.
                           Attorney for Aimee Harris

        By:     /s/ Florian Miedel
                           Florian Miedel, Esq.
                           Attorney for Robert Kurlander

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/22


To Judge Swain