UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA    :    **JUDGE SWAIN**

   v.                      :    WAIVER OF INDICTMENT

AIMEE HARRIS,              :    22 Cr. ____

      Defendant.          :    **22 CRIM 457**

------------------------------X

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371 and 2314, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Aimee Harris
Defendant

_____
Witness

_____
Sam Talkin, Esq.
Counsel for Defendant

Date:  New York, New York
      August __, 2022

