UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

AIMEE HARRIS, and
ROBERT KURLANDER,

Defendants.

ORDER

22 Cr. 457 (LTS)

WHEREAS, with the defendants' consent, their guilty plea allocutions were made before United States Magistrate Judge Sarah L. Cave on August 25, 2022;

WHEREAS, transcripts of the plea allocutions were made and thereafter were transmitted to the District Court;

WHEREAS, upon review of the transcripts, this Court has determined that the defendants entered their guilty pleas knowingly and voluntarily and that there was a factual basis for their guilty pleas;

IT IS HEREBY ORDERED that the defendants' guilty pleas are accepted.

**SO ORDERED:**

Dated: New York, New York
       August __29__, 2022

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK