AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> AIMEE HARRIS <br> *Defendant* | ) <br> ) <br> ) Case No. 22 Cr. 457(LTS) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:	The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aimee Harris

Date:	11/02/2022

/s/ Sanford Talkin
*Attorney's signature*

Sanford Talkin
*Printed name and bar number*

Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place, 18th Floor
New York, NY 10005

*Address*

samt@talkinlaw.com
*E-mail address*

(212) 482-0007
*Telephone number*

(212) 482-1303
*FAX number*