**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

November 20, 2022

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

BY ECF

Re:   United States v. Aimee Harris
      22 Cr. 457 (LTS)

Dear Judge Swain:

Defendant Aimee Harris ("Harris") is scheduled for a sentencing hearing before the Court on December 6, 2022. Harris is still in the process of gathering documents that will assist in the preparation of her sentencing memorandum. For this reason, she respectfully requests an approximately thirty day adjournment of her sentencing hearing to date convenient to the Court and the government. The government, by Assistant United States Attorney Robert Sobelman, consents to this request.

Thank you for Your Honor's consideration of this application.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Robert Sobelman (by ECF)

The foregoing request is granted. The sentencing hearing is rescheduled to January 13, 2023, at 11:00 a.m. DE#21 resolved. SO ORDERED.
Dated: 11/21/2022.
/s/ Laura Taylor Swain, Chief USDJ