**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

December 26, 2022

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

BY ECF

Re:   United States v. Aimee Harris
      22 Cr. 457 (LTS)

Dear Judge Swain:

   Defendant Aimee Harris ("Harris") is scheduled for a sentencing hearing before the Court on January 13, 2023. Due the issues set forth in the attached letter from a provider (Exhibit A), Harris has been delayed in gathering documents that will assist in the preparation of her sentencing memorandum. For this reason, she respectfully requests an adjournment of her sentencing hearing to date the week of February 13, 2023 that is convenient to the Court. The parties have discussed their respective availabilities that week and are available any time on February 13, 14 or 15. The government, by Assistant United States Attorney Robert Sobelman, consents to this request.

   Thank you for Your Honor's consideration of this application.

The foregoing request for adjournment is granted. The sentencing is hereby rescheduled to February 23, 2023, at 11:30 a.m. DE#24 resolved. SO ORDERED.
January 3, 2023
/s/ Laura Taylor Swain, Chief USDJ

Very truly yours,

*Sanford Talkin*

Sanford Talkin

  cc: AUSA Robert Sobelman (by ECF)