UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                        No.  22-CR-457-LTS

AIMEE HARRIS,

       Defendant.

------------------------------------------------------------x

<u>Scheduling Order</u>

The sentencing hearing in this case is rescheduled for April 18, 2023, at 11:30 a.m., in Courtroom 17C.  The adjournment request is granted for the reasons set forth in a sealed <u>ex parte</u> application to Court.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are also directed the consult the Court's individual rules that set forth submission deadlines in connection with a sentencing proceeding.

      SO ORDERED.

Dated: New York, New York
        February 9, 2023

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge