**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

March 5, 2023

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

BY ECF

           Re: United States v. Aimee Harris
              22 Cr. 457 (LTS)

Dear Judge Swain:

  I am pleased to report to the Court that all of the issues in defendant Aimee Harris' ("Harris") prior submission have been resolved. However, this resolution did not occur until very recently. Shortly thereafter, I commenced a trial in the Supreme Court of the State of New York, New York County that should conclude early next week. As a result, I have been unable to prepare Harris' sentencing submission. Defendant's sentencing hearing is currently scheduled for April 18, 2023. By this letter, Harris respectfully requests an adjournment of her sentencing to a date during the week of May 8, 20923 that is convenient to the Court and government to allow for the timely preparation and filing of her sentencing memorandum. The government, by Assistant United States Attorney Robert Sobelman, consents to this request.

  Thank you for Your Honor's consideration of this application.

The foregoing adjournment request is granted.
The sentencing hearing is hereby scheduled for
May 16, 2023, at 11:30 a.m. DE#30 resolved.
SO ORDERED.
April 6, 2023
/s/ Laura Taylor Swain, Chief USDJ

Very truly yours,

*Sanford Talkin*

Sanford Talkin

  cc: AUSA Robert Sobelman (by ECF)