**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

March 18, 2023

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:   United States v. Aimee Harris
      22 Cr. 457 (LTS)

Dear Judge Swain:

      By this letter, I respectfully request that a conference be held in order to address and resolve existing representation issues. I also respectfully request that, should the Court schedule a conference, Ms. Harris be permitted to appear by video. She lives and is on pretrial supervision in Florida and travel to New York, especially on short notice, would be financially and personally burdensome. The government, by Assistant United States Attorney Robert Sobelman, consents to the scheduling of a hearing, takes no position as to any representation issues but objects to Ms. Harris not appearing at the requested conference in person.

      Thank you for Your Honor's consideration of these applications.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Robert Sobelman (by ECF)