UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-                                        No. 22CR457-LTS

AIMEE HARRIS (1),

                     Defendant.

-------------------------------------------------------------X

## **ORDER**

      Sanford N. Talkin, Esq., is relieved as CJA counsel for the defendant. Anthony Cecutti, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.

      SO ORDERED.

Dated: New York, New York
       May 16, 2023

                                                        /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge