N5G4HARC

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                       22 Cr. 457 (LTS)

AIMEE HARRIS,
                                     Conference
                Defendant.

------------------------------x
                                     New York, N.Y.
                                     May 16, 2023
                                     11:35 a.m.

Before:

               HON. LAURA TAYLOR SWAIN,

                                     District Judge

                    APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
ROBERT B. SOBELMAN
     Assistant United States Attorney

SANFORD N. TALKIN
     Attorney for Defendant

ANTHONY CECUTTI
     Attorney for Defendant

KESTINE THIELE
     Attorney for Defendant
```

1               (Case called)

2               THE COURT:  Good morning.  Would you introduce

3      yourselves please, counsel.

4               MR. SOBELMAN:  Robert Sobelman, United States.  Good

5      morning, your Honor.

6               THE COURT:  Good morning, Mr. Sobelman.

7               MR. TALKIN:  Good morning, your Honor.  Sam Talkin for

8      Ms. Harris, who is seated to my left.

9               THE COURT:  Good morning, Mr. Talkin.  Good morning

10     Ms. Harris.

11              And Mr. Cecutti.

12              MR. CECUTTI:  Good morning, your Honor.  Anthony

13     Cecutti.  I am also with my associate, Ms. Thiele.

14              THE COURT:  Good morning.  Ms. Cecutti, Ms. Thiele.

15     Thank you, Mr. Cecutti for coming at my request today.

16              MR. CECUTTI:  You're welcome, your Honor.

17              THE COURT:  Please be seated.

18              And greetings to everyone else who is here in the

19     courtroom today.  Thank you for coming to court.

20              I called this conference after receiving communication

21     from the defense by Mr. Talkin requesting a conference to

22     address representation issues.  Mr. Talkin, are there still

23     issues that need to be addressed today?

24              MR. TALKIN:  There are, your Honor.  It's been a long

25     and winding road, and there's been some ebbs and flows in the

N5G4HARC

1  attorney-client relationship.  And your Honor is aware of some
2  of them and not aware of the others.  We hung have in there --
3  not just me, her -- to work towards moving towards sentencing
4  in this case, but we have arrived at a point where I believe
5  the differences are irreconcilable and the attorney-client
6  relationship has broken down to the point that I think she
7  would be better suited getting another attorney that would both
8  give her a fresh look and a second opinion about what I'm
9  saying and then maybe have other ideas or may agree with my
10 plan for this case.  But at this point, our ability to
11 communicate in a way that's going to allow in me to effectively
12 assist her no longer exists.
13          THE COURT:  Thank you for your straight forward
14 statement of the problem.
15          I am going to ask that the assistant U.S. attorney and
16 anyone else who is not directly connected with the defense
17 leave the courtroom so that I can have an off-the-record
18 conference.  Thank you.
19          (Pages 4through 7 SEALED)

1     THE COURT:  Good afternoon.  We are back on the public
2 record.  Mr. Sobelman has returned to the courtroom and the
3 portion of the conference with just the defense counsel and
4 defendant will remain sealed and available only to the Court
5 and defense counsel absent further order of the Court obtained
6 on notice to the defense.
7     I have concluded based on what I have heard that there
8 is an irretrievable breakdown in the relationship between
9 Mr. Talkin and Ms. Harris.  And so I am relieving Mr. Talkin as
10 counsel, and I am appointing Mr. Cecutti to represent
11 Ms. Harris going forward.
12     Mr. Cecutti, how much time do you need before we
13 set -- well, we need to set a conference date or a target
14 sentencing date.  What is your preference given that Ms. Harris
15 is out of town?  And what period of time do you have in mind?
16     MR. CECUTTI:  After conferring with Ms. Thiele and
17 Ms. Harris, your Honor, I think it makes sense to go ahead and
18 schedule a sentencing date.  And we were looking at July to do
19 that.
20     THE COURT:  Right.  I am available until the 14th of
21 July and I will be on Court business out of the state the
22 second half of July.  Can you be prepared for sentencing before
23 the 14th of July?  The PSR is already repaired, and so you'll
24 just need to prepare your submission.  The government will
25 respond, and then we can go to sentencing.

N5G4HARC

1      MR. CECUTTI:  One moment, your Honor.
2      Your Honor, we can be available the week of July 10th.
3      (The Court conferred with the Deputy Clerk)
4      THE COURT:  Are you available the week before?  We can
5  go toward the end of the Fourth of July week?
6      MR. CECUTTI:  I'm not, your Honor.  I'm sorry.
7      Your Honor, if it helps the first week of August we
8  are also available.
9      THE COURT:  Toward the end of the first week of August
10  would be available from my perspective.
11      Ms. Ng, would what would we have for the end of that
12  week?
13      THE DEPUTY CLERK:  Friday, August 4th at 11:00 a.m.
14      MR. CECUTTI:  OK.  August 4 works, your Honor, for all
15  of us.
16      THE COURT:  Mr. Sobelman, does that work for the
17  government as well?
18      MR. SOBELMAN:  Yes.
19      THE COURT:  Thank you.
20      Sentencing is set for August 4 at 11:00 a.m.  And
21  sentencing submissions shall be made in accordance with my
22  sentencing submission procedures which are in my chambers
23  practices posted on the Court website.
24      Is there anything further that we need to take up
25  together this morning?

1              MR. SOBELMAN:  Nothing from the government.
2              MR. CECUTTI:  No, your Honor, thank you.
3              (Adjourned)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25