UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

UNITED STATES OF AMERICA

        -v-                                      No.  22-CR-457-LTS

AIMEE HARRIS,

        Defendant.

--------------------------------------------------------------x

<u>Scheduling Order</u>

      The Court hereby schedules a conference for **August 8, 2023, at 2:00 p.m., in Courtroom 17C**, to review the defendant's release conditions and to set an adjourned sentencing date.  The August 4, 2023, sentencing date is adjourned pending further order of the Court.

      Ms. Harris may appear in person or, upon application of the defense, by telephone or via Microsoft Teams.  Should Ms. Harris wish to appear remotely, the defense is directed to email Chambers **by August 7, 2023,** at SwainNYSDCorresp@nysd.uscourts.gov for dial-in instructions or a Microsoft Teams meeting invitation.

      The parties are directed to email Chambers at the above email address any documents that they would like the Court to consider during or in connection with the proceeding at least 48 hours in advance of the proceeding.

      SO ORDERED.

  Dated: New York, New York
        July 26, 2023

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge