UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-                                      No. 22 CR 457-LTS

AIMEE HARRIS,

        Defendant.

-----------------------------------------------------------x

ORDER

        For the reasons stated on the record of the August 8, 2023, conference, the Defendant's conditions of supervision are modified to add the condition that Defendant must undergo alcohol abuse evaluation and treatment as recommended by the provider. All other conditions remain in place as previously established.

        SO ORDERED.

Dated: New York, New York
       August 8, 2023

                                          /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge