UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

       -v-                                                                     No.  22-CR-457-LTS

AIMEE HARRIS,

       Defendant.

-------------------------------------------------------------x

## Scheduling Order

The sentencing in this case is scheduled to proceed on **September 27, 2023, at 10:00 a.m.**, in Courtroom 17C.  The parties are directed to consult the Court's individual rules for information regarding submissions, including the relevant deadlines.

       SO ORDERED.

Dated: New York, New York
       August 8, 2023

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge