UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                                 No.  22-CR-457-LTS

AIMEE HARRIS,

    Defendant.

-------------------------------------------------------------x

### Scheduling Order

In light of the reasons proffered in the defense's <u>ex parte</u>, sealed submission, dated September 25, 2023, the Court hereby reschedules the sentencing in this case for November 2, 2023, at 10:30 a.m.

    SO ORDERED.

Dated: New York, New York
          September 26, 2023

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge