UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

     -v-                                                                                       No.  22-CR-457-LTS

AIMEE HARRIS,

     Defendant.

-------------------------------------------------------------x

## Scheduling Order

The sentencing hearing in the above-captioned case is hereby rescheduled for 10:00 a.m. on November 2, 2023.

SO ORDERED.

Dated: New York, New York
       October 23, 2023

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge