LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

November 1, 2023

**<u>BY EMAIL & ECF</u>**
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Aimee Harris; 22 Cr. 457 (LTS)**

Dear Chief Judge Swain:

     As the Court is aware, we represent Aimee Harris in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Sentencing is presently scheduled for tomorrow, Thursday, November 2, 2023 at 10:30 a.m. We write to respectfully request a brief adjournment of sentencing.

     Ms. Thiele and I are engaged in a hearing tomorrow at 9:30 a.m. in *the matter of Keyonnie S. Frasier*, Cal. No. 33794, a professional licensing proceeding. It is scheduled to last until 2:30 p.m. Additionally, Ms. Harris very recently informed us that she has childcare issues and cannot travel and appear. Accordingly, we respectfully request that tomorrow's sentencing be adjourned to any of the following dates: November 14, 2023, November 16, 2023, November 17, 2023, November 20, 2023 or any date soon thereafter.

     Thank you for your consideration.

                                                  Respectfully submitted,

                                                  /s/

                                                  Anthony Cecutti
                                                  Kestine Thiele