LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

November 1, 2023

**BY EMAIL & ECF**
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: United States v. Aimee Harris; 22 Cr. 457 (LTS)**

Dear Chief Judge Swain:

      As the Court is aware, we represent Aimee Harris in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Sentencing is presently scheduled for tomorrow, Thursday, November 2, 2023 at 10:30 a.m. We write to respectfully request a brief adjournment of sentencing.

      Ms. Thiele and I are engaged in a hearing tomorrow at 9:30 a.m. in *the matter of Keyonnie S. Frasier*, Cal. No. 33794, a professional licensing proceeding. It is scheduled to last until 2:30 p.m. Additionally, Ms. Harris very recently informed us that she has childcare issues and cannot travel and appear. Accordingly, we respectfully request that tomorrow's sentencing be adjourned to any of the following dates: November 14, 2023, November 16, 2023, November 17, 2023, November 20, 2023 or any date soon thereafter.

      Thank you for your consideration.

The foregoing, last-minute adjournment request, which violates Rule A.1.e of the Court's individual rules, is granted in light of the reasons stated above. The Court expects counsel and the client to comply with the Court's individual rules in the future. The Court directs the parties to meet and confer, and consult with Chambers, to reschedule the sentencing on or before December 15, 2023. The selected date will not be adjourned further. DE#55 resolved.
SO ORDERED.
November 1, 2023
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele