LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

November 13, 2023

**BY EMAIL & ECF**
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Aimee Harris; 22 Cr. 457 (LTS)**

Dear Chief Judge Swain:

As the Court is aware, we represent Aimee Harris in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. We write at the direction of Ms. Harris to respectfully request a substitution of counsel proceeding, and that she be able to appear virtually.

Following our recent request for an adjournment of her sentencing, the Court issued an Order, dated November 1, 2023, stating that sentencing is to be rescheduled on or before December 15, 2023 and that the selected date will not be adjourned further. We immediately communicated this to Ms. Harris. Since then, irreconcilable differences have developed and we are at a complete impasse in our relationship with Ms. Harris. Accordingly, we believe that a substitution of counsel proceeding be scheduled and that new counsel be appointed.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele