UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

AIMEE HARRIS,

            Defendant.

22-CR-457-LTS

Scheduling Order

      The Court has received a letter request from defense counsel asking for a further adjournment of the defendant's sentencing date and a substitution of counsel hearing, at which the defendant wishes to appear virtually.  (Docket entry no. 57.)

      The Court will schedule a conference and the sentencing on consecutive days, and all parties are expected to appear in person.  If appropriate, defense counsel may make an application, pursuant to 18 U.S.C. section 4285, for a Court order authorizing and requiring the United States Marshals Service to facilitate the defendant's travel to New York for the two proceedings, as well as any corresponding application for reimbursement of expenses under the Criminal Justice Act ("CJA").  A member of the CJA panel will attend the conference should the defendant request consultation.

      Defense counsel is directed to provide a copy of this Order to the defendant, and the parties are directed to confer, and consult with Chambers, to schedule the conference and sentencing, the latter of which must be scheduled on or before **December 15, 2023**.  This Order resolves docket entry no. 57.

      SO ORDERED.

Dated: New York, New York
      November 21, 2023

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge