UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              -v-<br><br>AIMEE HARRIS,<br>                              Defendant. | 22-CR-457-LTS |

ORDER

The Court has received a further letter request from defense counsel, Anthony Cecutti, Esq., for a virtual substitution-of-counsel hearing and adjournment of Ms. Harris' sentencing date.  (Docket entry no. 59.)

The Court will consider Ms. Harris' request for change of counsel on **December 8, 2023, at 10:30 a.m.**, in Courtroom 17C.  Ms. Harris may appear virtually.  Ms. Harris and Mr. Cecutti must review and sign the enclosed consent form confirming her waiver of the opportunity to appear in person and return it to Chambers via email (to SwainNYSDCorresp@nysd.uscourts.gov) in advance of the hearing.  Counsel are expected to appear in person, and another member of the CJA panel will be directed to attend the hearing as well.

The Court directs Ms. Harris and Mr. Cecutti to provide (1) a telephone number and (2) an email address, at which Ms. Harris can be reached during her virtual participation in the hearing, to Chambers, via email at SwainNYSDCorresp@nysd.uscourts.gov.  Chambers will supply an invitation link for the defendant to attend the hearing via Microsoft Teams.

The Court holds the sentencing adjournment request in abeyance pending the

hearing.  This Order resolves docket entry no. 59.

      SO ORDERED.

Dated: New York, New York
December 5, 2023

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY VIDEOCONFERENCE**

        -v-                                          22-CR-457 (LTS)

AIMEE HARRIS,
                      Defendant.
----------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

   ___   Initial Appearance/Appointment of Counsel

   ___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

   ___   Preliminary Hearing on Felony Complaint

   ___   Bail/Revocation/Detention Hearing

   ___   Status and/or Scheduling Conference

   ___   Misdemeanor Plea/Trial/Sentence

   ___   Application for Change of Counsel

_____          _____
Defendant's Signature                                  Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____          _____
Print Defendant's Name                                Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____                     _____
Date                                                            U.S. District Judge/U.S. Magistrate Judge