UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

     -v-                                                                                 No. 22CR457-LTS

AIMEE HARRIS (1),

                Defendant.

-------------------------------------------------------------X

## ORDER

As stated on the record in open court, the Court hereby appoints Natali Todd, Esq., as an additional CJA counsel solely for the purpose of consultation with Ms. Harris in advance of her upcoming sentencing.

SO ORDERED.

Dated: New York, New York
         December 8, 2023

                                                                /s/ *Laura Taylor Swain*
                                                               LAURA TAYLOR SWAIN
                                                               United States District Judge