LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

December 10, 2023

**BY EMAIL & ECF**
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Aimee Harris; 22 Cr. 457 (LTS)**

Dear Chief Judge Swain:

    As the Court is aware, we represent Aimee Harris in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

    We write to respectfully request that Your Honor endorse the enclosed Transportation Order directing the U.S. Marshals Service to arrange and fund Ms. Harris' travel from Palm Beach, Florida to New York, New York for her sentencing on January 30, 2024, as well as her return trip to Palm Beach, Florida, after her court appearance has concluded, and other related expenses. Ms. Harris is indigent and has assigned counsel. She qualifies for this relief under 18 U.S.C. § 4285.

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 22 Cr. 457 (LTS) |
| | : | |
| -v- | : | **TRANSPORTATION ORDER** |
| | | |
| AIMEE HARRIS, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UPON the application of the Defendant AIMEE HARRIS, by her attorneys, ANTHONY CECUTTI, ESQ., and KESTINE THIELE, ESQ., pursuant to 18 U.S.C. Section 4285, and upon a finding of indigence and in the interests of justice, it is hereby,

ORDERED, that the U.S. Marshals Service furnish for AIMEE HARRIS funds to cover the cost of round-trip air fare between Palm Beach, Florida and New York, New York for her court appearance in the United States District Court for the Southern District of New York on January 30, 2024 at 12 p.m.;

ORDERED that Mr. Harris's flight depart Palm Beach, Florida for New York, New York on January 29, 2024 and arrive no later than 5 p.m., and that her flight depart New York, New York for Palm Beach, Florida on January 30, 2024 at 5:00 p.m. or later; and

ORDERED that the U.S. Marshals Service furnish for AIMEE HARRIS with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. Section 5702(a), or reimburse for such expenses; and

ORDERED, that all the aforesaid expenses shall be paid by the U.S. Marshals Service.

SO ORDERED:

Dated: December       , 2023

_____
Chief Judge Laura T. Swain
United States District Judge