UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                       -v-

AIMEE HARRIS,

                      Defendant.
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

22-CR-457 (LTS)

Defendant _____Aimee Harris_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_X_ Application for Change of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Aimee Harris
_____
Print Defendant's Name

_____
Defense Counsel's Signature

Anthony Cecutti
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/8/23
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge