UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 22 Cr. 457 (LTS) |
| | : | |
| -v- | : | **TRANSPORTATION ORDER** |
| | | |
| AIMEE HARRIS, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UPON the application of the Defendant AIMEE HARRIS, by her attorneys, ANTHONY CECUTTI, ESQ., and KESTINE THIELE, ESQ., pursuant to 18 U.S.C. Section 4285, and upon a finding of indigence and in the interests of justice, it is hereby,

ORDERED, that the U.S. Marshals Service, pursuant to Title 18 U.S.C. Section 4285 shall arrange for the non-custodial one-way airline transportation, or furnish the fare for such transportation, for AIMEE HARRIS from the Miami, Florida or Palm Beach, Florida area, to either LaGuardia or JFK Airport in New York on January 29, 2024, and arrive no later than 5 p.m. for an appearance before the United States District Court for the Southern District of New York on January 30, 2024 upon the instant Indictment, and that the cost of such transportation be paid by the U.S. Marshal out of funds authorized by the United States Attorney General for such expenses.

SO ORDERED:

Dated: January 22, 2024

/s/ *Laura Taylor Swain*
Laura Taylor Swain
ChiefUnited States District Judge