LAW OFFICES OF
**NATALI J.H. TODD, P.C.**

---

**NATALI J.H. TODD**                                                        26 COURT STREET
MEMBER: NY & MA BAR                                         SUITE 413
                                                                                                   BROOKLYN, NY 11242-1134

                                                                                                   Tel:  718-797-3055
                                                                                                   Fax: 718-504-3900
                                                                                                   E-mail: *natali_todd@yahoo.com*
                                                                                                   www.natalitoddlawyer.com

January 23, 2024

<u>By ECF</u>
Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:*      *U.S. v. Aimee Harris, 22 Cr. 457 (LTS)*

Dear Judge Swain:

      This Court appointed me as additional CJA counsel on December 8, 2023 for the limited purpose of consulting with Aimee Harris in advance of her upcoming sentencing on January 30, 2024.

      I write to advise the Court that I have not been able to consult with Ms. Harris since my appointment on December 8, 2023. In mid December, I made contact with Ms. Harris but she was not able to speak with me at that time. All subsequent efforts to reach Ms. Harris by email and by telephone have been fruitless and I have not spoken with her.

Respectfully,
/s
Natali Todd, Esq.

cc:      All Counsel of Record