UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                -v-

AIMEE HARRIS,

                Defendant.

22-CR-457-LTS

### Scheduling Order

The sentencing hearing for Ms. Harris will be held as scheduled on Tuesday, January 30, 2024, at 12:00 p.m. Defendant and counsel are directed to appear.

SO ORDERED.

Dated: New York, New York
January 29, 2024

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge