LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

January 29, 2024

**BY ECF**
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Aimee Harris; 22 Cr. 457 (LTS)**

Dear Chief Judge Swain:

     As the Court is aware, we represent Aimee Harris in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Sentencing is scheduled for tomorrow, January 30, 2024.

     Ms. Harris is sick, has no childcare and cannot appear tomorrow for her sentencing. She is requesting to appear by video to request an adjournment.

     Thank you for your consideration.

                                                         Respectfully submitted,

                                                                  /s/

                                                        Anthony Cecutti
                                                        Kestine Thiele