UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              -v-

AIMEE HARRIS,

              Defendant.

22-CR-457-LTS

---

ORDER

The Court has received a letter submission from defense counsel, Anthony Cecutti, Esq., stating that Ms. Harris is unable to attend her January 30, 2024, sentencing and wishes to appear virtually in order to seek a further adjournment. (Docket entry no. 68.)

The Court holds the adjournment request in abeyance pending tomorrow's proceeding, at which Ms. Harris may appear virtually. Ms. Harris and Mr. Cecutti must review and sign the enclosed consent form confirming her waiver of the opportunity to appear in person and return it to Chambers via email (to SwainNYSDCorresp@nysd.uscourts.gov) in advance of the hearing. Counsel are expected to appear in person.

Ms. Harris and Mr. Cecutti are directed to provide (1) a telephone number and (2) an email address, at which Ms. Harris can be reached during her virtual participation in the hearing, to Chambers, via the email address listed above. Chambers will supply an invitation link for the defendant to attend the hearing via Microsoft Teams.

      SO ORDERED.

Dated: New York, New York
January 29, 2024

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

AIMEE HARRIS,
                Defendant.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

**22-CR-457 (LTS)**

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

_____       _____
Defendant's Signature       Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____       _____
Print Defendant's Name       Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____       _____
Date       U.S. District Judge/U.S. Magistrate Judge