UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                      -v-

AIMEE HARRIS,

                      Defendant.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

22-CR-457 (LTS)

Defendant _Aimee Harris_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

_X_    Misdemeanor Plea/Trial/Sentence


_Aimee Harris (by counsel)_             _Anthony Cecutti_
Defendant's Signature                          Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Aimee Harris                               Anthony Cecutti
Print Defendant's Name                  Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.

_1/30/2024_
Date                                        U.S. District Judge/~~U.S. Magistrate Judge~~