UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

        -v-                                              No. 22 Crim. 457 (LTS)

AIMEE HARRIS (1),

                     Defendant(s).
-------------------------------------------------------------X

**ORDER**

        Defendant is directed to provide defense counsel no later than 5:00 p.m. on Wednesday January 31, 2024, with her availability for a sentencing to be held no later than February 9, 2024, in New York, New York, as well as documentation of her diagnosis and treatment at the hospital emergency room on January 30, 2024. Counsel must immediately provide such information to the Government and the Court, and the parties shall jointly propose a firm adjourned date.

Dated:  New York, New York
          January 30, 2024

                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge