LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

February 1, 2024

**BY ECF & EMAIL**
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Aimee Harris; 22 Cr. 457 (LTS)**

Dear Chief Judge Swain:

  As the Court is aware, we represent Aimee Harris in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. We respectfully request that the Court order the New York Pretrial Services Office to release Ms. Harris's United States passport to defense counsel, for the limited purpose of facilitating her travel for sentencing.

  After contacting Pretrial Services in Florida, we were informed that the New York office is currently in custody of Ms. Harris's passport, and upon delivery of a Court order, will disclose it to defense counsel. In 2022, Ms. Harris's passport was taken by Pretrial Services upon her surrender in the instant case. In July 2023, after her state DUI arrest in Florida, her driver's license was taken and suspended. At present, Ms. Harris has no alternative identification to travel to New York.

  Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele