UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                              -v-                                                     22-CR-457-LTS

AIMEE HARRIS,

                              Defendant.

<u>Order</u>

The sentencing hearing in the above-captioned case will be held on Monday, February 5, 2024, at 2:30 p.m., in Courtroom 17C.  Ms. Harris must appear in person.  Ms. Harris is directed to do whatever is necessary, including obtaining a valid state identification card for travel by plane, or making alternative travel arrangements, to facilitate her in-person appearance at the sentencing.  Ms. Harris is reminded that appearance in court as required is one of the conditions of her pretrial release and bond.

SO ORDERED.

Dated: New York, New York
February 1, 2024

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge