UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

AIMEE HARRIS,
                    Defendant.
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

22-CR-457 (LTS)

Defendant _____Aimee Harris_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

_X_    Misdemeanor Plea/Trial/Sentence


Aimee Harris (by counsel)
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Aimee Harris
_____
Print Defendant's Name

*Kestine Thiele*
_____
Defense Counsel's Signature

Kestine Thiele
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__2/5/24__
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~