LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

March 26, 2024

BY ECF
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: United States v. Aimee Harris; 22 Cr. 457 (LTS)**

Dear Chief Judge Swain:

      As the Court is aware, we represent Aimee Harris in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Sentencing is scheduled for tomorrow, March 27, 2024, at 2:30 p.m. We write to inform the Court that we have experienced great difficulty in our communications with Ms. Harris. In our last meaningful communication on March 19, 2024, she expressed doubts as to her ability to travel. As of this filing, she has yet to confirm that she will be in New York for her sentencing tomorrow.

      Since Ms. Harris's last appearance on February 5, 2024, we advised Ms. Harris multiple times to comply with the Court's Order directing her to provide Pretrial Services with the requested authorization forms and financial information by February 19, 2024. Despite our consistent and ongoing efforts, she has not done so. We have also endeavored to prepare for her sentencing, including coordinating her travel. Unfortunately, her lack of communication has not permitted us to coordinate her travel and work with her to prepare for sentencing. As such, we do not know if she plans to appear tomorrow.

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele

Counsel and Ms. Harris are directed to appear tomorrow at the scheduled sentencing proceeding in Courtroom 17C.
SO ORDERED.
March 26, 2024
/s/ Laura Taylor Swain, Chief USDJ