LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

March 27, 2024

**BY ECF**
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Aimee Harris; 22 Cr. 457 (LTS)**

Dear Chief Judge Swain:

      I write to provide a further update to the Court. I spoke with Ms. Harris last night and informed her of the Court's Order from yesterday directing her to appear in person today. She informed me that she is unable because of childcare and other related issues. As such, she is requesting an adjournment of today's sentencing. She is further requesting that she be permitted to appear by video today, at which time she will provide her definite availability within the next two weeks to the Court. This additional time will also enable us to respond to the Government's filing on Monday. She will also promptly provide the necessary materials to the Department of Probation.

      Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele