LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

March 27, 2024

**BY ECF**
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Aimee Harris; 22 Cr. 457 (LTS)

Dear Chief Judge Swain:

      I write to provide a further update to the Court. I spoke with Ms. Harris last night and informed her of the Court's Order from yesterday directing her to appear in person today. She informed me that she is unable because of childcare and other related issues. As such, she is requesting an adjournment of today's sentencing. She is further requesting that she be permitted to appear by video today, at which time she will provide her definite availability within the next two weeks to the Court. This additional time will also enable us to respond to the Government's filing on Monday. She will also promptly provide the necessary materials to the Department of Probation.

      Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele

The Court will supply a Microsoft Teams invitation for Ms. Harris to appear by video at today's proceeding. Counsel is directed to (1) email Chambers at SwainNYSDCorresp@nysd.uscourts.gov to confirm Ms. Harris' contact information, and (2) file a completed Consent to Proceed by Videoconference form. The Court has reviewed the Government's response to this letter request, to be filed on ECF, and the adjournment request is held in abeyance pending today's hearing.
SO ORDERED.
March 27, 2024
/s/ Laura Taylor Swain, Chief USDJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

AIMEE HARRIS,
                        Defendant.
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

22-CR-457 (LTS)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

_____  
Defendant's Signature  
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____  
Defense Counsel's Signature

_____  
Print Defendant's Name

_____  
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____  
Date

_____  
U.S. District Judge/U.S. Magistrate Judge