LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

March 27, 2024

**BY ECF**
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Aimee Harris; 22 Cr. 457 (LTS)**

Dear Chief Judge Swain:

    Please find an executed Consent to Proceed by Video Conference form.

    Thank you for your consideration.

                                                          Respectfully submitted,

                                                                    /s/

                                                         Anthony Cecutti
                                                         Kestine Thiele

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -v-

AIMEE HARRIS,
                         Defendant.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

22-CR-457 (LTS)

Defendant __Aimee Harris_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_     Initial Appearance/Appointment of Counsel

\_\_\_     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_     Preliminary Hearing on Felony Complaint

\_\_\_     Bail/Revocation/Detention Hearing

_X_     Status and/or Scheduling Conference and/or Sentencing


__Aimee Harris (by counsel)_____        __/s/ Anthony Cecutti_____
Defendant's Signature                                    Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Aimee Harris_____            __Anthony Cecutti_____
Print Defendant's Name                                 Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.


__March 27, 2024_____            _____
Date                                                     U.S. District Judge/U.S. Magistrate Judge