UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

-v-

22-CR-457 (LTS)

AIMEE HARRIS,
                Defendant.
-----------------------------------------------------------------X

Defendant __Aimee Harris_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference and/or Sentencing

Aimee Harris (by counsel)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

*Anthony Cecutti*
Defense Counsel's Signature

Aimee Harris
Print Defendant's Name

Anthony Cecutti
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

March 27, 2024
Date

U.S. District Judge/~~U.S. Magistrate Judge~~