LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

March 28, 2024

**BY ECF**
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Aimee Harris; 22 Cr. 457 (LTS)

Dear Chief Judge Swain:

Tonight, pursuant to Your Honor's Order, dated March 27, 2024, authorizations executed by Ms. Harris, along with other additional medical information, were provided to the Department of Probation ("Probation"). Additionally, Ms. Harris completed the Financial Affidavit, specifically the Net Worth Short Form Statement (Prob. Form 48EZ) and the Cash Flow Statement (Prob. Form 48B). Such financial materials, along with supporting documentation, were also provided to Probation.

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele

The Court acknowledges receipt of the foregoing notice, and the Probation Department has indicated to the Court that counsel's submissions are in compliance with its requests. As noted on the public docket, Ms. Harris' sentencing will proceed as scheduled on April 9, 2024, at 11:00 am, in Courtroom 17C.
SO ORDERED.
March 29, 2024
/s/ Laura Taylor Swain, Chief USDJ