UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            -v-

AIMEE HARRIS,

            Defendant.

22-CR-457-LTS

Order

The Government has requested the Court's assessment of whether the Government should have access to all or portions of two ex parte defense submissions, dated February 8, 2023, and September 25, 2023, respectively, copies of which are being provided to defense counsel with a copy of this Order.  (See docket entry no. 99, at 2 n.2.)

The Court has reviewed the submissions and hereby directs defense counsel to state, in a writing filed by April 9, 2024, at 9:00 a.m., whether the defense consents to the disclosure of the September 25, 2023, ex parte letter to the Government.  If consent is withheld, the reasons for withholding consent must be stated succinctly.

      SO ORDERED.

Dated: New York, New York
       April 8, 2024

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge