LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

April 9, 2024

**BY ECF**
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        **Re: United States v. Aimee Harris; 22 Cr. 457 (LTS)**

Dear Chief Judge Swain:

     We write pursuant to the Court's Order, dated April 8, 2024. Upon review of the *ex parte* letter dated September 25, 2023, we object to its disclosure. Such correspondence refers to attorney-client communications and as such, contain information that should not be known to the Government.

     Thank you for your consideration.

                                         Respectfully submitted,

                                              /s/

                                         Anthony Cecutti
                                         Kestine Thiele