LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

April 15, 2024

**BY ECF**
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Aimee Harris; 22 Cr. 457 (LTS)**

Dear Chief Judge Swain:

    As the Court is aware, we represent Aimee Harris in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

    After further consultation with Ms. Harris over the weekend, we respectfully request that the Court recommend to the Bureau of Prisons that she be designated to FDC Miami to facilitate visits with her children, family and counsel.

    Ms. Harris still requests to voluntarily surrender to her designated facility by 2 p.m. on July 5, 2024, rather than July 11, 2024.

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele