Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/2024

SOUTHERN District of NEW YORK

Caption:

US v.

AIMEE HARRIS

Docket No.: 22 CR 457 (LTS)

_____
(District Court Judge)

Notice is hereby given that __AIMEE HARRIS__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other _____
(specify)
entered in this action on _____:
(date)

This appeal concerns: Conviction only |___| Sentence only |✓| Conviction & Sentence |___| Other |___|
Defendant found guilty by plea |✓| trial | | N/A |
Offense occurred after November 1, 1987? Yes |✓| No | N/A |
Date of sentence: __APRIL 9, 2024__ N/A |___|
Bail/Jail Disposition: Committed |___| Not committed |✓| N/A |

Appellant is represented by counsel? Yes |✓| No | | If yes, provide the following information:

Defendant's Counsel: ANTHONY CECUTTI
Counsel's Address: 217 BROADWAY Suite 707
NY, NY 10007
Counsel's Phone: 917-741-1837 / 212-619-3730

Assistant U.S. Attorney: ROBERT SOBELMAN
AUSA's Address: One Saint Andrew's Plaza
NY, NY 10007
AUSA's Phone: 212-637-2616

_____
Signature