UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                           No. 22-CR-457-LTS-1

AIMEE HARRIS,                                          ORDER

        Defendant.

-------------------------------------------------------x

Defense counsel has requested a conference, informing the Court that Defendant may wish to apply for change of counsel and make an application for bail pending appeal. Defense Counsel has further informed the Court that Defendant wishes to attend the conference remotely.[1] A conference will be held on **Wednesday, July 3, 2024, at 11:30 a.m.** in Courtroom 17C. Defendant's request to attend remotely is granted, and Defendant shall provide the Court by 3:00 p.m. on July 2, 2023, with contact information for a Teams link and a phone number at which she can be reached at the time of the conference. Defendant's surrender date for commencing the service of her sentence remains July 9, 2024.

    SO ORDERED.

Dated: New York, New York                       /s/ Laura Taylor Swain
       July 1, 2024                                  LAURA TAYLOR SWAIN
                                                          Chief United States District Judge

---

[1] Counsel's letter was submitted ex parte with a request that it be filed under seal in light of its discussion of attorney-client communications. The requests for ex parte treatment and sealed filing are granted.