

**From:** Aimee HArris
**Sent:** Sunday, July 7, 2024 9:36 PM
**To:** Milena Fernandez
**Subject:** One day Road Trip

CAUTION - EXTERNAL:

Hi Milena,

I am going on a one day road trip up to SC tomorrow morning  and and back late Monday night. And going to Miami Tues afternoon.

Kind Regards,
Aimee Harris