U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 9, 2024

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Aimee Harris*, 22 Cr. 457 (LTS)

Dear Chief Judge Swain:

The Government respectfully submits this letter to update the Court regarding defendant Aimee Harris's scheduled surrender to the Bureau of Prisons, which the Court previously ordered to occur by 12 p.m. today. This morning, the Government was informed by United States Pretrial Services that the defendant was arrested on July 8, 2024 in McIntosh County, Georgia. Based on information that Pretrial Services received from the McIntosh County Sherriff's Office, the Government understands that the defendant was charged with multiple offenses, including driving with a suspended license, speeding, possession of an open container, possession of marijuana, and obstruction of a law enforcement officer. The defendant is currently in state custody in connection with those charges.

Pretrial Services has further informed the Government that the defendant emailed her supervising officer on July 7, 2024 that she was going on a "one day road trip up to SC" on July 8, 2024 and would return Monday night. A copy of that email is attached hereto as Exhibit A.

Based on the foregoing, the Government respectfully requests that upon receipt of an anticipated violation report from Pretrial Services, the Court execute the accompanying request for a warrant so that the defendant may immediately be taken into federal custody by the United States Marshals Service. The Government further requests that the Court vacate its previous ruling permitting the defendant to voluntarily surrender and order that upon her federal arrest, the defendant be remanded to the Bureau of Prisons to commence service of her sentence.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:   /s/
        Jacqueline Kelly
        Robert B. Sobelman
        Mitzi Steiner
        Assistant United States Attorneys
        (212) 637-2456/2616/2284

*Enclosure*
Cc: All counsel by ECF

The Court will execute the warrant upon receipt of the anticipated request from Pretrial Services.  Any defense opposition to the request for revocation of the voluntary surrender order and direction for transfer to the BOP must be filed by July 10, 2024, at 4:00 pm.
SO ORDERED.
7/9/2024
/s/ Laura Taylor Swain