

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 10, 2024

**BY ECF**

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Aimee Harris*, **22 Cr. 457 (LTS)**

Dear Chief Judge Swain:

The Government respectfully submits this letter to update the Court regarding defendant Aimee Harris's scheduled surrender to the Bureau of Prisons, which the Court previously ordered to occur by July 9, 2024 at 12 p.m.  As the Government informed the Court, in its letter dated July 9, 2024, the Government was informed by United States Pretrial Services that the defendant was arrested on July 8, 2024 in McIntosh County, Georgia and was being held in state custody.  On July 9, 2024, the Government sought a warrant from the Court so that the defendant could immediately be taken into federal custody by the United States Marshals Service, which was executed by the Court.

The Government was informed today that the United States Marshals Service for the Southern District of Georgia has transferred the defendant to BOP custody, since the state facility where the defendant is being held is also utilized as a federal holding facility.  The United States Marshals Service therefore requests that the Court vacate the July 9 arrest warrant so that the defendant can be designated and commence service of her sentence.

The foregoing request is granted. DE # 129 is resolved.
SO ORDERED.
7/10/2024
/s/ Laura Taylor Swain

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: ___/s/_____
Jacqueline Kelly
Robert B. Sobelman
Mitzi Steiner
Assistant United States Attorneys
(212) 637-2456/2616/2284

Cc: All counsel by ECF