UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

AIMEE HARRIS,

                        Defendant.

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

**22-CR-457 (LTS)**

Defendant _____Aimee Harris_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

____    Initial Appearance/Appointment of Counsel

____    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Preliminary Hearing on Felony Complaint

____    Bail/Revocation/Detention Hearing

____    Status and/or Scheduling Conference

____    Misdemeanor Plea/Trial/Sentence

_x_    Application for Change of Counsel

_____Aimee Harris (by counsel)_____
Defendant's Signature
(Judge may obtain verbal consent on Record
and Sign for Defendant)

_____*Kestine Thiele*_____
Defense Counsel's Signature

_____Aimee Harris_____
Print Defendant's Name

_____Kestine Thiele_____
Print Defense Counsel's Name

Consent accepted.
This proceeding was conducted by reliable videoconferencing technology.

___7/3/2024_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge